1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

JOHN GUST WESTINE,

                  Petitioner,

vs.

JOSEPH NORWOOD, Warden

                  Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. CV 08-3254-R (JWJ)

ORDER ADOPTING
SUPERSEDING REPORT AND
RECOMMENDATION OF
UNITED STATES
MAGISTRATE JUDGE

       Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.  The Court concurs with and adopts the conclusions of the Magistrate Judge.

       IT IS ORDERED that a Judgment be entered dismissing the instant action without prejudice; and (2) permanently enjoining Petitioner from filing any new lawsuits in this Court without obtaining prior approval from United States District Judge Manuel Real or United States Magistrate Judge Jeffrey W. Johnson pursuant to Local Rule 83-8.2.

1    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of

2  this Order and the Judgment of this date on petitioner.

3

4  DATED:    Oct. 23, 2008

5

6  _____

7                            MANUEL L. REAL
                      United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28