UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| JOHN G. WESTINE,<br><br>        Petitioner,<br><br>vs.<br><br>JOSEPH WARDEN, Warden<br><br>        Respondent. | Case No. CV 08-3254-R (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered 1) dismissing the instant action without prejudice; and (2) permanently enjoining Petitioner from filing any new lawsuits in this Court without obtaining prior approval from United States District Judge Manuel Real or United States Magistrate Judge Jeffrey W. Johnson pursuant to Local Rule 83-8.2.

DATED: Oct. 23, 2008

                                            MANUEL L. REAL<br>                                    United States District Judge